**FILED**
**NOV 22 2016**
MARCI MOSLEY
Circuit Clerk
TEXAS COUNTY, MO

IN THE CIRCUIT COURT OF TEXAS COUNTY, MISSOURI

| | |
|---|---|
| ROMINES MOTOR COMPANY, INC. )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GLENN H. ROMINES, JR., )<br>)<br>Defendant. ) | Case No. 16TE-CC00182 |

## CONSENT JUDGMENT ON PLAINTIFF'S AMENDED PETITION

COMES NOW DEFENDANT, Glenn H. Romines, Jr., by and through his undersigned counsel, and consents to judgment on all counts of Plaintiff's Amended Petition without admitting any guilt or wrongdoing, and the Court hereby finds, as follows:

1. That Plaintiff is a Missouri Corporation in good standing doing business as Romines Motor Company, Inc.

2. That at the time of the events alleged in Plaintiff's Amended Petition, Defendant was a resident of Texas County, Missouri, residing at 480 S. Highway 63, Houston, Missouri 65483.

3. That venue is proper in this Circuit, and that this Court has jurisdiction over the parties and the subject matter of this action.

4. That Defendant is a former employee of Romines Motor Company, Inc.

5. That Defendant's employment with Plaintiff was terminated on or about March 25, 2016, at which time Defendant was permitted the possession and use of two automobiles, to wit: 2014 Lincoln MKX, VIN 2LMDJ8JK4EBL19422 and 2000 Ford Ranger Supercab, VIN 1FTZE15V2YPB19436 (hereinafter "Subject Vehicles").

6. That on or about May 19, 2016, Plaintiff filed its Petition in Replevin against Defendant.

1


EXHIBIT "C"

7. That on or about June 7, 2016, Defendant was served with Plaintiff's Petition in Replevin.

8. That on or about July 19, 2016, Defendant filed an Answer to Plaintiff's Petition in Replevin.

9. That on or about July 15, 2016, Defendant filed its Amended Petition. Count I of Plaintiff's Amended Petition is an action for replevin, and requests judgment against Defendant for the possession of the Subject Vehicles. Count II of Plaintiff's Amended Petition is a declaratory action, and seeks judgment against Defendant finding that Defendant is indebted to Plaintiff in the total sum of One Hundred Seventy-Six Thousand One Hundred Ninety-Two and 84/100 Dollars ($176,192.84) for money allegedly owed by Defendant to Plaintiff. Count III of Plaintiff's Amended Petition is for money had and received and seeks a judgment against Defendant declaring that Defendant is indebted to Plaintiff in the total sum of One Hundred Seventy-Six Thousand One Hundred Ninety-Two and 84/100 Dollars ($176,192.84) for money allegedly owed by Defendant to Plaintiff.

10. That on or about May 23, 2016, Plaintiff took possession of the Subject Vehicles.

11. That Defendant owes Plaintiff the total sum of One Hundred Seventy-Six Thousand One Hundred Ninety-Two and 84/100 Dollars ($176,192.84).

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff shall have and is hereby awarded judgment on Count I of its Amended Petition against Defendant for possession of the 2014 Lincoln MKX, VIN 2LMDJ8JK4EBL19422 and the 2000 Ford Ranger Supercab, VIN 1FTZE15V2YPB19436, the receipt and possession of each being acknowledged by Plaintiff. No damages shall be awarded for unlawful detention of the 2014 Lincoln MKX, VIN 2LMDJ8JK4EBL19422 and the 2000 Ford Ranger Supercab, VIN 1FTZE15V2YPB19436; and

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff shall have and is hereby awarded judgment against Defendant on Counts II and III in the total sum of One Hundred Seventy-Six Thousand One Hundred Ninety-Two and 84/100 Dollars ($176,192.84); and *interest RE to accrue on this judgment from this date forward at 9% per annum.*

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that both parties shall bear their own respective attorney fees expended and incurred in this matter in that there is no statute or other basis upon which attorney fees should be awarded to Plaintiff; and

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the costs of this action shall be paid by Defendant.

ROONEY, MCBRIDE & SMITH, LLC

By: _____
Heather Rooney McBride, MBN 58832
Benjamin A. McBride, MBN 59399
4905 S. National Ave., Suite A100
Springfield, MO 65810
Phone: 417-708-9681
Fax: 417-708-9682
heather@rmsattorneys.com
benjamin@rmsattorneys.com
*Attorneys for Defendant*

SAID FINAL JUDGMENT ON PLAINTIFF'S AMENDED PETITION IS SO ENTERED:

11-22-16
Date

_____
The Honorable John D. Beger